## 31189. COWART v. THE STATE.

BROYLES, C. J. The defendant was tried on an indictment charging him with murder, and was convicted of voluntary manslaughter. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial, consisting of the general grounds only.

> *Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED APRIL 16, 1946.

*H. H. Elders,* for plaintiff in error.
*R. L. Dawson, solicitor-general,* contra.